### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| CLAIRE ROBERTA GORTNER,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> CARRINGTON MORTGAGE  ) <br> SERVICES, LLC,  ) <br> ) <br> Defendant.  ) | Docket No. 2:23-mc-00079-NT |

### ORDER AFFIRMING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On March 3, 2023, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 2) on the Plaintiff's Affidavit and Request for Registration of a Foreign Judgment (ECF No. 1), recommending dismissal of the action. The Plaintiff filed an objection to the Recommended Decision on March 16, 2023 (ECF No. 3). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED**, the Recommended Decision of the Magistrate Judge is **ADOPTED**, the Plaintiff's request

2

to register her purported foreign judgment is **DENIED**, and the matter is hereby **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 21st day of March, 2023.

2